### The COMMONWEALTH of Kentucky on Relation of the STATE HIGHWAY DEPARTMENT et al.

#### v.

### Alice DENHAM, a Widow, et al.

Court of Appeals of Kentucky.

March 11, 1955.

C. R. Baker, Princeton, for appellant.

J. Gordon Lisanby, Princeton, for appellee.

PER CURIAM.

Motion for an appeal from a judgment of the Caldwell Circuit Court, Honorable H. F. S. Bailey, Judge, for the sum of $700 awarded to appellees in a condemnation proceeding.

We have considered the record and find no errors that would justify a reversal of the case.

The motion for an appeal is overruled and the judgment is affirmed.